AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CHRISTINE ROBINSON, Administratix of the Estate of
CHARLES ROBINSON (Deceased), and
CHRISTINE ROBINSON, Individually,

V.

CAMPBELL HOLDER and
CAMPBELL HOLDER & ASSOCIATES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5992

JUDGE COTE

TO: (Name and address of Defendant)

CAMPBELL HOLDER and
CAMPBELL HOLDER & ASSOCIATES
401 Broadway, Suite 602
New York, NY 10013

CAMPBELL HOLDER and
CAMPBELL HOLDER & ASSOCIATES
c/o Ogdensburg Correctional Facility
One Correction Way
Ogdensburg, New York 13669-2288

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP J. DINHOFER, LLC
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
516-678-3500

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 5 2007

J. MICHAEL McMAHON

CLERK                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE
ROBINSON, Individually,

07 Civ. 5992 (DLC)

                                         Plaintiffs,

**AFFIDAVIT OF
PERSONAL SERVICE**

   -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK  }
                          } ss.:
COUNTY OF St. Lawrence }

_Helga Ross_, being duly sworn, deposes and says:
(Person serving papers print name on line above)

I am not a party to this action. I ~~reside in~~ _employed at_ _Ogdensburg C.F., Ogdensburg_, NY.
(Enter the name of the town where you reside within New York State)

On _June 28, 2007_, at _1:37_ AM/**PM** personally served the within
(Enter date and time of service above)

SUMMONS AND COMPLAINT upon the defendant, CAMPBELL HOLDER, DIN #: 07R0219

by delivering a true copy of each to CAMPBELL HOLDER, DIN #: 07R0219. Your deponent knew

the person so served to be the person described as said individual therein by virtue of his admission.

That said person is described as follows:

| | | | |
|---|---|---|---|
| Sex: | male | Approximate Age: | 59 |
| Race: | black | Height: | 5'10" |
| Weight: | 200 lbs | Other: | |

_Helga Ross_
(Person serving papers sign name on line above & print below)
_Helga Ross_

SWORN TO BEFORE ME THIS
_28th day of June_, 2007

_Maryanne Sovie_
NOTARY PUBLIC

MARYANNE SOVIE
Notary Public, State of New York
St. Lawrence County
No. 01MU6036253
Commission Expires _1/15/2011_