```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 11/19/07        │
└─────────────────────────────┘
```

In the United States District Court, Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York, on the ___ day of November, 2007.

PRESENT:

Cote, J

<u>HON. DENISE L. COTE</u>
U.S.D.J.

------------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE
ROBINSON, Individually,

                              Plaintiffs,

    -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                         Defendants.
------------------------------------------------------------------X

07 Civ. 5992 (DLC)

**<u>ORDER TO SHOW CAUSE</u>**

Upon the annexed Petition of PHILIP J. DINHOFER, dated November 13, 2007;

LET cause be shown before the <u>Hon. Denise L. Cote</u>, United States District Judge, on the 7th day of December, 2007, at noon AM/PM or as soon thereafter as counsel can be heard, why an Order should not be made pursuant to Rule 55 of the Federal Rules of Civil Procedure for a Default Judgment against defendants for failing to serve and file an answer after having been personally served with the summons and complaint herein.

LET service, via Federal Express or any other overnight delivery service, of a copy of this Order and the papers on which it is based be made on CAMPBELL HOLDER, on or before November 21, 2007 be deemed due and sufficient service.

                             E N T E R :

                          _____
                          U.S.D.J.

November 19, 2007