UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE
ROBINSON, Individually,

                              Plaintiffs,

07 Civ. 5992 (DLC)

**DEFAULT JUDGMENT**

-against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                              Defendants.
-----------------------------------------------------------------X

      This action having been commenced on June 25, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant CAMPBELL HOLDER on June 28, 2007 by personal service by Helga Ross, and proof of such personal service upon defendant CAMPBELL HOLDER having been filed on November 13, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against the defendant in the liquidated amount of $15,000,000.00 with interest at ____% from November 13, 2007 amounting to $_____ plus costs and disbursements in the amount of $ 391.05, amounting in all to $_____.

                                                       _____
                                                                U.S.D.J.

                                    This document was entered on the docket on
                                    _____.