UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE
ROBINSON, Individually,

07 Civ. 5992 (DLC)

                                    Plaintiffs,

**AFFIDAVIT OF**
**PERSONAL SERVICE**

    -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                                    Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK        }
                         } ss.:
COUNTY OF St.Lawrence    }

RECEIVED
NOV 13 2007
U.S.D.C. S.D.N.Y.
CASHIERS

_Helga Ross_____, being duly sworn, deposes and says:
(Person serving papers print name on line above)

I am not a party to this action. I reside in _employed at Ogdensburg C.F., Ogdensburg_____, NY.
(Enter the name of the town where you reside within New York State)

On _June 28, 2007_____, at _1:37_ AM/PM personally served the within
(Enter date and time of service above)

SUMMONS AND COMPLAINT upon the defendant, CAMPBELL HOLDER, DIN #: 07R0219

by delivering a true copy of each to CAMPBELL HOLDER, DIN #: 07R0219. Your deponent knew

the person so served to be the person described as said individual therein by virtue of his admission.

That said person is described as follows:

| | | |
|---|---|---|
| Sex: | _male_ | Approximate Age: _59_ |
| Race: | _black_ | Height: _5'10"_ |
| Weight: | _200 lbs_ | Other: |

_Helga Ross_
(Person serving papers sigh name on line above & print below)
Helga Ross

SWORN TO BEFORE ME THIS
_28th_ day of _June_ 2007

_Maryanne Sovie_
NOTARY PUBLIC

**MARYANNE SOVIE**
Notary Public, State of New York
St. Lawrence County
No. 01MU6036253
Commission Expires _1/18/2010_