UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE          07 Civ. 5992 (DLC)
ROBINSON, Individually,

                      Plaintiffs,

                                                                             **CLERK'S CERTIFICATE**

   -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                      Defendants.
-------------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on ~~October 4, 2000~~ June 25, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving CAMPBELL HOLDER personally on June 28, 2007, and proof of such service thereof was filed on November 13, 2007.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendanmt is hereby noted.

Dated:     New York, New York
               November 13, 2007

                                                        **J. MICHAEL MCMAHON**
                                                        Clerk of the Court

                                                        By: _____
                                                               Deputy Clerk