UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE                      07 Civ.  5992 (DLC)
ROBINSON, Individually,
                                   Plaintiffs,

                                                                   **STATEMENT OF DAMAGES**
        -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                                   Defendants.
-------------------------------------------------------------------X


Principal amount sued for ...................................................................$      15,000,000.00

Interest at _____ % from October 4, 2000 through _____  ...........      _____.__

Costs and Disbursements:

Clerk's fee ...............................................................................                  350.00

Process Server fee for service ................................................................                   41.05

Total (as of _____) ...........................................................................$      _____.__