UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE ROBINSON, Administratrix of the Estate of CHARLES ROBINSON (Deceased), and CHRISTINE ROBINSON, Individually,

                        Plaintiffs,

  -against-

CAMPBELL HOLDER and CAMPBELL HOLDER & ASSOCIATES,

                        Defendants.

## ORDER TO SHOW CAUSE, DECLARATION & EXHIBITS

**PHILIP J. DINHOFER, LLC**
Attorneys for Plaintiff(s)
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 1570
516-678-3500

Service of the within is hereby admitted.

Dated: _____

           Attorney for

SIR: - PLEASE TAKE NOTICE
( ) NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
( ) NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
 one of the judges of the within named court, at
on  at AM/PM.
DATED: New York, New York

           Yours, etc.

           **PHILIP J. DINHOFER, LLC**
           Attorneysfor Plaintiff(s)
           77 N. Centre Ave. - Suite 311
           Rockville Centre, NY 1570
           516-678-3500

TO:
 Attorney for