```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the Estate
of CHARLES ROBINSON (Deceased), and CHRISTINE      07 Civ. 5992 (DLC)
ROBINSON, Individually,

                                Plaintiffs,

                                                                                 **DEFAULT JUDGMENT**

      -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                               Defendants.
------------------------------------------------------------X

        This action having been commenced on June 25, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant CAMPBELL HOLDER on June 28, 2007 by personal service by Helga Ross, and proof of such personal service upon defendant CAMPBELL HOLDER having been filed on November 13, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That a default is entered against the defendants and the case is referred to the Magistrate Judge for an inquest.

_____
U.S.D.J.

December 7, 2007

This document was entered on the docket on _____.