UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- -X
CHRISTINE ROBINSON, Administratrix of the Estate of
CHARLES ROBINSON (Deceased), and CHRISTINE
ROBINSON, individually,

                     Plaintiffs,

    -v-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                     Defendants.
---------------------------------------------------------------- -X

07 CIV. 5992 (DLC) (HBP)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| X | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
                 December 7, 2007

                                         _____
                                         DENISE COTE
                                   United States District Judge