1

1

2          SUPREME COURT OF THE STATE OF NEW YORK

3                   COUNTY OF NEW YORK

4          Index No. 95-102456

5          ----------------------------------------x

6          CHRISTINE ROBINSON as Administratrix

7          of the Estate of CHARLES ROBINSON

8          (Deceased), and CHRISTINE ROBINSON,

9                             Plaintiff,

10              - against -

11         METRO-NORTH COMMUTER RAILROAD,

12         THOMAS CLARK, MARK STESSNER,

13         ALAN STURGIS and JOHN HERRLIN,

14                             Defendants.

15         ----------------------------------------x

16                        February 29, 2000

                          10:45 a.m.

17

18                   Deposition of Plaintiff

19         CHRISTINE ROBINSON, taken by the

20         Defendants, pursuant to Order, held at the

21         offices of Ledy-Gurren & Blumenstock, LLP,

22         150 East 52nd Street, New York, New York,

23         before Pamela Schwarz, a Shorthand

24         Reporter and Notary Public of the State of

25         New York.

1

2      SUPREME COURT OF THE STATE OF NEW YORK

3            COUNTY OF NEW YORK

4      Index No. 95-102456

5      ------------------------------------------------x

6      CHRISTINE ROBINSON as Administratrix

7      of the Estate of CHARLES ROBINSON

8      (Deceased), and CHRISTINE ROBINSON,

9                              Plaintiff,

10            - against -

11     METRO-NORTH COMMUTER RAILROAD,

12     THOMAS CLARK, MARK STESSNER,

13     ALAN STURGIS and JOHN HERRLIN,

14                         Defendants.

15     ------------------------------------------------x

16                         February 28, 2000

                           10:45 a.m.

17

18               Deposition of Plaintiff

19     CHRISTINE ROBINSON, taken by the

20     Defendants, pursuant to Order, held at the

21     offices of Ledy-Gurren & Blumenstock, LLP,

22     150 East 52nd Street, New York, New York,

23     before Pamela Schwarz, a Shorthand

24     Reporter and Notary Public of the State of

25     New York.

**Page 2**

```
 1
 2   APPEARANCES:
 3
 4   CAMPBELL HOLDER & ASSOCIATES
 5   Attorneys for Plaintiff
 6      401 Broadway
 7      Suite 602
 8      New York, New York 10013
 9   BY:  CARYN S. GARTENBERG, ESQ.,
10          of Counsel
11
12
13
14   LEDY-GURREN & BLUMENSTOCK, LLP
15   Attorneys for Defendant
16      150 East 52nd Street
17      New York, New York 10022
18   BY:  JOHN BLUMENSTOCK, ESQ.
19
20
21
22
23
24
25
```

**Page 4**

```
 1
 2   STIPULATIONS
 3      IT IS HEREBY STIPULATED AND
 4   AGREED by and between counsel for the
 5   respective parties hereto that all rights
 6   provided by the C.P.L.R., including the
 7   right to object to any question, except as
 8   to the form, or to move to strike any
 9   testimony at this examination, are
10   reserved; and, in addition, the failure to
11   object to any question or to move to
12   strike any testimony at this examination
13   shall not be a bar or waiver to make such
14   motion at, and is reserved for, the trial
15   of this action.
16      IT IS FURTHER STIPULATED AND
17   AGREED that this examination may be signed
18   and sworn to, by the witness being
19   examined, before a notary public other
20   than the notary public before whom the
21   examination was begun, but the failure to
22   do so, or to return the original of this
23   examination to counsel, shall not be
24   deemed a waiver of the rights provided by
25   Rules 3116 and 3117 of the C.P.L.R. and
```

**Page 3**

```
 1
 2   ... be controlled thereby.
 3      IT IS FURTHER STIPULATED AND
 4   AGREED that the filing of the original of
 5   this examination shall be and the same
 6   hereby is waived.
 7
 8          * * *
 9
10   CHRISTINE ROBINSON,
11   having first been duly sworn by a Notary
12   Public of the State of New York, was
13   examined and testified as follows:
14   EXAMINATION BY MR. BLUMENSTOCK:
15      Q.  Good morning.
16      A.  Good morning.
17      Q.  My name is John Blumenstock. I
18   represent Metro-North. I'll be asking you
19   a series of questions. If at any time you
20   need to take a break, whether it's just to
21   stretch your legs, take a rest, use the
22   bathroom, any reason at all just say so.
23   Okay?
24      A.  Okay.
25      Q.  I also ask that you answer out
```

**Page 5**

```
 1          ROBINSON
 2   loud because she's not allowed to take
 3   down a nod of the head or some gestures,
 4   whatever. So, will you answer out loud?
 5      A.  Okay.
 6      Q.  Good. Thank you.
 7         Last, if you don't understand me
 8   or you don't hear me, please tell me.
 9   Okay?
10      A.  I will.
11      Q.  Good.
12         Ms. Robinson, have you ever had
13   a last name other than Robinson?
14      A.  My maiden name.
15      Q.  What's that?
16      A.  LeGree
17      Q.  How do you spell that?
18      A.  L-e-G-r-e-e.
19      Q.  Is the G capitalized or a small
20   G?
21      A.  Capitalized.
22      Q.  At some point you married a
23   gentleman named Robinson?
24      A.  Yes.
25      Q.  Charles Robinson?
```

2 (Pages 2 to 5)

ROBINSON

1
2  A. Yes.
3  Q. Where was that?
4  A. It was June the 6th, 1963.
5  Q. Where were you married?
6  A. Bamberg, South Carolina.
7  Q. In a church?
8  A. At my mother's house.
9  Q. Do you have a marriage
10 certificate at home or something?
11 A. Yes.
12 Q. Okay.
13    MS. GARTENBERG:  Off the record.
14    (Discussion off the record.)
15 Q. Is Mr. Robinson deceased?
16 A. Yes, he is.
17 Q. When did Mr. Robinson pass?
18 A. He passed away February the
19 12th, '96.
20 Q. Were you married to Mr. Robinson
21 continuously from June 6, 1963 until
22 February 12, 1996?
23 A. Yes, I was.
24 Q. Did you live with him
25 continuously from June 6, 1963 to February

ROBINSON

1
2  A. Yes, they are.
3  Q. How old is Justin?
4  A. Justin, he's 16.
5  Q. Jerome. How old is Jerome?
6  A. He's 10.
7  Q. How old is Jeff?
8  A. He's three years old.
9  Q. Was Jeff born after your
10 husband, Charles Robinson, passed away?
11 A. Yes.
12 Q. Was Leasher your only child?
13 A. That's the oldest daughter.
14 Q. Okay. Who's next?
15 A. Tammy Melissa Robinson Jones.
16 Q. Does Tammy have any childrens?
17 A. No.
18 Q. Is Leasher married?
19 A. She's divorced now.
20 Q. What is her ex's name, her
21 former husband?
22 A. Kenneth Tucker.
23 Q. When did they divorce?
24 A. I can't remember. Wait a
25 minute. Last year sometime.

ROBINSON

1
2  12, 1996?
3  A. Yes, I did.
4  Q. Was there any period in your
5  marriage in which you and Mr. Robinson
6  were separated overnight?
7  A. No.
8  Q. Did you and Mr. Robinson have
9  any children?
10 A. Yes. Yes, we did.
11 Q. What are their names?
12 A. The oldest one is Leasher
13 Charlene Robinson Tucker.
14 Q. And Leashen, is that
15 L-e-a-s-h-e-n?
16 A. S-h-e-r.
17 Q. How old is she?
18 A. 34.
19 Q. Does she have any children?
20 A. Yes.
21 Q. What are their names?
22 A. Justin Terrell Theiwert, Jerome
23 Tucker, and Jeff Graham.
24 Q. And these three children are
25 your grandchildren, right?

ROBINSON

1
2  Q. That would be '99 or '98?
3  A. '99.
4  Q. Prior to the divorce of Leasher
5  and Kenneth Tucker, did Mr. Tucker support
6  the three children, Justin, Jerome and
7  Jeff?
8     MS. GARTENBERG:  Objection to
9     form.
10 A. Little Jeff was just — Leasher
11 and Kenny, they were separated before they
12 were divorced.
13 Q. Okay. Nonetheless, did Kenneth
14 support Justin, Theiwert, Jerome Tucker and
15 Jeff Graham at least up until the time
16 they were divorced?
17 A. No.
18 Q. When did he stop supporting
19 them?
20 A. He just — he take care of his
21 son.
22 Q. And which one is his son?
23 A. Jerome Tucker.
24 Q. If you know, who supported
25 Justin?



ROBINSON

1
2    MS. GARTENBERG: Objection. You
3    mean at least there was some contribution
4    how he's totally supported.
5    MR. BLUMENSTOCK: I wasn't
6    asking who. Who doesn't necessarily mean
7    one person.
8    MS. GARTENBERG: Right.
9    Q.   Who supports Justin today?
10   A.   Right now today?
11   Q.   Financially, yes.
12   A.   His mother.
13   Q.   In 1998, who, and this could be
14   several people, it could be one person, it
15   could be nobody, I don't know. Who
16   supported Justin in 1998?
17   A.   His mother and whenever she
18   can't, then I'd help her.
19   Q.   Let's go back another two years,
20   back to 1995. Who, if anyone, supported
21   Justin back in 1995?
22   A.   That was me and my husband.
23   Q.   Back in 1995, what form did your
24   support of Justin take?
25   A.   What?

ROBINSON

1
2    Q.   Have you known at any time what
3    Kenneth Tucker did for a living?
4    A.   No. No.
5    Q.   Your daughter Tammy, is she
6    married?
7    A.   Yes, she is.
8    Q.   What's her husband's name?
9    A.   Douglas Jones.
10   Q.   When was Tammy last dependent
11   upon either you or your husband, Charles
12   Robinson?
13   MS. GARTENBERG: Are you
14   referring to financially?
15   MR. BLUMENSTOCK: Yes.
16   MS. GARTENBERG: Or
17   emotionally?
18   MR. BLUMENSTOCK: Financially.
19   A.   Well, Tammy, she's been married
20   ten years so she's been out of the house
21   for ten years.
22   Q.   Do you have other children?
23   A.   Yes, I do.
24   Q.   Who are they?
25   A.   Crystal Nicole Robinson.

ROBINSON

1
2    Q.   Yes. Money or some other form?
3    How did you support Justin back in 1995?
4    A.   Well, Justin -- at that time he
5    was living with us.
6    Q.   Was his mom, Leasher, also
7    living with you back in '95?
8    A.   No. No.
9    Q.   In 1995 were any of Leasher's
10   other children, Jerome or Jeff, living
11   with you -- Jeff wasn't alive yet. I'm
12   sorry.
13   Was Jerome living with you in
14   '95?
15   A.   Yes.
16   Q.   What does Kenneth Tucker do for
17   a living, if you know?
18   MS. GARTENBERG: At the present
19   time?
20   Q.   At the present time. Only if
21   you know.
22   A.   I don't know.
23   Q.   Do you know when Kenneth and
24   Leasher separated?
25   A.   No, I don't.

ROBINSON

1
2    She just got married, so I'm
3    trying to think of the last name, married
4    name. Hardon.
5    Q.   Hardon?
6    A.   Uh-huh. Yes.
7    Q.   Does Crystal have any children?
8    A.   Yes.
9    Q.   How old are they?
10   A.   Jawon is five years, and Jaisha,
11   she's three.
12   Q.   I'm sorry. Would you spell
13   those names for me?
14   A.   Jaisha, J-a-i-s-h-a. She's
15   three. Jawon, he's five.
16   Q.   Was Jaisha alive when your
17   husband passed away?
18   A.   No.
19   Q.   Did your husband ever
20   financially support Jawon?
21   A.   Yes.
22   Q.   Do you know how much financial
23   support in any given year your husband
24   gave to your grandson Jawon?
25   A.   I don't know because --

**Page 14**

```
 1                ROBINSON
 2        MS. GARTENBERG: You've answered
 3    the question.
 4        A.  I don't know.
 5        Q.  Did Jawon ever live with you and
 6    your husband?
 7        A.  Who.
 8        Q.  Your grandson Jawon, did he ever
 9    live with you and your husband?
10        A.  Yes.
11        Q.  When was that?
12        A.  From the time he was born until
13    two years ago.
14        Q.  When were your daughter Crystal
15    and Mr. Hamoe married?
16        A.  November the 5th, 1999.
17        Q.  If you know, who supports Jawon
18    today?
19        A.  His mother.
20        Q.  And Jaisha, who supports Jaisha
21    today?
22        A.  Her mother.
23        Q.  Do you have children in addition
24    to Leander, Tammy and Crystal?
25        A.  Yes.
```

**Page 15**

```
 1                ROBINSON
 2        A.  Right.
 3        Q.  Does Cory support himself?
 4        A.  Yes.
 5        Q.  How long has that been the case?
 6        A.  About four years ago.
 7        Q.  What does he do?
 8        A.  He work at Hi-Low Supermarket.
 9        Q.  Do you have any other children
10    in addition to Leander, Tammy, Crystal and
11    Cory?
12        A.  That's it.  That's three girls
13    and a boy.
14        Q.  Other than yourself and your
15    grandchildren, was there anyone else who
16    was financially dependent upon your
17    husband Charles Robinson at the time that
18    he passed away?
19        A.  No.
20        Q.  What did your husband die of?
21        MS. GARTENBERG: Objection to
22    form.  Are you asking her the medical
23    terminology or just generally what she
24    knows?
25        MR. BLUMENSTOCK: I'm asking her
```

**Page 16**

```
 1                ROBINSON
 2        Q.  I have a son.
 3        Q.  What's his name?
 4        A.  Cory Matthew Robinson.
 5        Q.  How old is Cory?
 6        A.  He's 25.
 7        Q.  Is Cory married?
 8        A.  Yes.
 9        Q.  What's his wife's name?
10        A.  Robinson, Cory Robinson.
11        Q.  What's his wife's name?
12        A.  Oh, what's his wife's name?
13        Q.  Yes.
14        A.  Her name is Charise Smith
15    Robinson.
16        Q.  Do Cory and Charise have any
17    children?
18        A.  Yes.
19        Q.  What are their names and how old
20    are they?
21        A.  Zotta.  She'll be three March
22    the 8th.
23        Q.  Any other kids?
24        A.  Well, she's expecting now.
25        Q.  But not yet.
```

**Page 17**

```
 1                ROBINSON
 2    understanding of what her husband died
 3    of.  She's not a doctor.
 4        A.  Leukemia.
 5        Q.  When did you first learn that
 6    your husband had leukemia?
 7        A.  The year '93.
 8        Q.  How did you learn that he had
 9    leukemia?
10        A.  Well, he told me that -- he told
11    me that he had -- he went to the doctor,
12    he said, and the doctor said he had low
13    blood.  I had --
14        MS. GARTENBERG: Your husband
15    told you?
16        THE WITNESS:  Low blood.
17        MS. GARTENBERG:  Is that how you
18    found out, your husband told you?
19        THE WITNESS:  Yes.
20        Q.  What time of year was it when
21    your husband told you that he had
22    leukemia?
23        A.  What kind of year?
24        Q.  What time of year?
25        A.  Oh, that was in -- that was in
```

## 18

```
1              ROBINSON
2    July.
3        Q.   When did your husband first tell
4    you he had low blood?
5        A.   That was during that same time
6    of the year, that July.
7        Q.   July of 1993?
8        A.   Yes.
9        Q.   Did your husband work for
10   Metro-North?
11       A.   Yes, he did.
12       Q.   When did he begin with
13   Metro-North?
14       A.   January '66.
15       Q.   What was his position when he
16   began working for Metro-North?
17       A.   Track man.
18       Q.   At some time did he get a
19   promotion to another position?
20       A.   I don't — I can't remember.
21       Q.   Did his job title ever change
22   from track man to something else?
23       A.   No.
24       Q.   When did your husband stop
25   working for Metro-North?
```

## 19

```
1              ROBINSON
2        A.   I can't remember.
3        Q.   Was it shortly before he passed
4    away?
5        A.   No.
6        Q.   Did he continue to work for
7    Metro-North up until the 1990s?
8        A.   Yes, he did.
9        Q.   And in the 1990s was your
10   husband a track man?
11       A.   Yes.
12       Q.   At the time that you first heard
13   that your husband had leukemia, was your
14   husband still working for Metro-North as a
15   track man?
16       A.   Yes.
17       Q.   In 1992, was your husband
18   involved in any kind of motor vehicle
19   accident?
20       A.   Yes.
21       Q.   Where did that happen?
22       A.   In Brooklyn.
23       Q.   Were you with your husband when
24   the accident happened?
25       A.   No.
```

## 20

```
1              ROBINSON
2        Q.   How did you hear about the
3    accident?
4        A.   Some nearby person called.  He
5    told me, called me and gave me the
6    number — gave them the number and they
7    called.
8        Q.   Was your husband taken to a
9    hospital after the accident?
10       A.   Yes.
11       Q.   Which hospital?
12       A.   Brookdale.
13       Q.   Did you see your husband while
14   he was at Brookdale?
15       A.   Yes, I went with him.
16       Q.   How long did he remain at
17   Brookdale?
18       A.   Until around 2:00 that morning.
19       Q.   Do you know what time he arrived
20   at Brookdale?
21       A.   Between 6:30 and 7:00.
22       Q.   In the evening?
23       A.   In the evening.
24       Q.   Do you happen to recall the date
25   of the accident?
```

## 21

```
1              ROBINSON
2        A.   No.
3        Q.   Do you remember what month it
4    was?
5        A.   It was in July.
6        Q.   And I'm not asking for a medical
7    diagnosis, but what was your understanding
8    of the nature of his injuries when he was
9    involved in that motor vehicle accident in
10   July of '92?
11       A.   Well, it was my knowledge that
12   he had had a cut on his ear and a cut on
13   the side of his face.
14       Q.   Anything else that you're aware
15   of?
16       A.   No.
17       Q.   Did he miss any work as a result
18   of this accident?
19       A.   Yes.
20       Q.   How long was he out from work
21   due to this accident?
22       A.   I don't remember.
23       Q.   Was it more than a week?
24       A.   I'm not sure.
25       Q.   Did your husband work in August
```

6 (Pages 18 to 21)

ROBINSON

**22**

1
2
3   A.  I don't know for sure.  I don't
4 know.
5   Q.  Is there a reason you're not
6 sure?
7   A.  Because once he had the
8 accident, I'm just not sure when he went
9 back to work.
10      MS. GARTENBERG:  You don't
11 recall?
12      THE WITNESS:  I don't recall.
13   Q.  Do you know if he went to work
14 in September of '92?
15   A.  I don't recall.
16   Q.  Do you know if your husband
17 worked in October of '92?
18   A.  I'm not sure about that.  Maybe
19 he started back then.
20   Q.  If your husband missed any work
21 in August, September or October, would
22 there have been any reason that you're
23 aware of that he would have missed work
24 other than this motor vehicle accident
25 that occurred in July of 1992?

---

ROBINSON

**24**

1
2
3   A.  It could have been the HIP
4 doctor.  I'm not sure.
5   Q.  Do you know the name of his HIP
6 doctor?
7   A.  Dr. Johnson, I think.  I'm not
8 sure.
9   Q.  Do you know which HIP center
10 your husband would have gone to back in
11 '92?
12   A.  It's on Linden Boulevard, but I
13 really don't know the address.
14   Q.  Linden Boulevard and -- do you
15 know any cross streets near it?
16   A.  It was the latest one that was
17 built because we have two on Linden
18 Boulevard, so it's not the one near
19 Rockaway Parkway, it's not that one.  It's
20 the other one for the going out to the
21 conduit.
22   Q.  This HIP center, it's in Queens?
23   A.  No, it's in Brooklyn.
24   Q.  It is in Brooklyn.  Okay.
25      In July of 1992, where did you

---

ROBINSON

**23**

1
2   A.  I don't remember.
3   Q.  Only if you know.
4      When your husband returned to
5 work after the auto accident, did he have
6 to undergo any kind of physical
7 examination?
8   A.  Yes, he did.
9   Q.  Before I get to that, let me ask
10 you another question.
11      After the motor vehicle
12 accident, you mentioned that your husband
13 went to Brookdale Hospital in July.  And
14 other than that one visit to the Brookdale
15 Hospital, do you know if he had to go to
16 any other medical treatment relating to
17 that automobile accident?
18   A.  Yes, there were others because
19 he start complaining.
20   Q.  What were his complaints?
21   A.  Chest pains.
22   Q.  Anything else?
23   A.  No.
24   Q.  Where did he go for medical
25 advice or treatment concerning these chest

---

ROBINSON

**25**

1
2 and your husband live?
3   A.  372 Blake Avenue, Brooklyn.
4   Q.  Did there come a time when you
5 and your husband moved out of 372 Blake
6 Avenue in Brooklyn?
7   A.  Yes.
8   Q.  Where did you move to?
9   A.  South Carolina.
10   Q.  When did you and your husband
11 move to South Carolina?
12   A.  November the 17th -- excuse me.
13 December the 17th.
14   Q.  Of what year?
15   A.  Well, five years back.  So, that
16 would be in '94.  '94.  It's five years
17 back.  My grandson was born right after we
18 got there and he's five years old.
19   Q.  And the two of you moved to
20 Bamberg?
21   A.  Bamberg.
22   Q.  Why did the two of you move to
23 Bamberg in December of '94?
24      MS. GARTENBERG:  If not for
25 personal reasons?

7 (Pages 22 to 25)

26

```
1                ROBINSON
2        MR. BLUMENSTOCK:  For any
3    reason.
4        A.  Well, he found out that he had
5    leukemia and he said he wanted to come
6    home and go to Charleston Hospital in USC.
7        Q.  When your husband began to
8    complain of chest pains back in '92, after
9    the automobile accident, did he see anyone
10   other than a doctor or doctors at the HIP
11   center on Linden Boulevard?
12       A.  Well, I know they sent him to
13   specialists, you know, but I don't know.
14   I just, you know, heard him talk about it.
15       Q.  In the summer of 1992, did your
16   husband have any doctors that he saw from
17   time to time other than the HIP doctors?
18       A.  I'm not sure.
19       Q.  Do you know a Dr. Carl Needles?
20       A.  Yes, I do.  I've heard him talk
21   of him.
22       Q.  Do you know, did your husband
23   ever go to Dr. Carl Needles?
24       A.  Yes.
25       Q.  When for the first time?
```

27

```
1                ROBINSON
2        A.  I don't know.
3        Q.  Do you know if your husband had
4    ever been to Dr. Carl Needles as of July
5    1992?
6        A.  No, I don't know.
7        Q.  Do you know what kind of doctor
8    Dr. Needles is?
9        A.  No.
10       Q.  Were you aware he's a
11   pediatrician?
12       A.  No.
13       Q.  Do you know why your husband
14   went to Dr. Needles?
15       A.  He went to get a second opinion
16   on his blood -- on the urine.
17       Q.  If you know, did someone refer
18   your husband or recommend him to Dr. Carl
19   Needles?
20       A.  I don't know that.
21       Q.  Do you have any notion where
22   your husband got Dr. Needles's name?
23       A.  No, I do not.
24       Q.  However long your husband was
25   out after the motor vehicle accident in
```

28

```
1                ROBINSON
2    '92, do you know if he continued to
3    receive pay from Metro-North?
4        A.  I don't recall.
5        Q.  You don't know one way or the
6    other?
7        A.  No.
8        Q.  The doctor I asked you about
9    before, Dr. Carl Needles, do you happen to
10   know where your husband saw him?
11       A.  He went to his office.
12       Q.  Was that at Long Island Jewish,
13   Hillside Medical Center?
14       A.  I don't know.
15       Q.  Do you know if it was in, that
16   is, Dr. Needles's office that your husband
17   went to was in Queens or Long Island or
18   somewhere else?
19       A.  His office?
20       Q.  Yes.
21       A.  He went to his office.
22       Q.  Right.
23           Do you know if that office was
24   in Queens, or Long Island or some other
25   place?
```

29

```
1                ROBINSON
2        A.  I don't know.
3        Q.  When your husband returned to
4    work after the motor vehicle accident in
5    '92, when he underwent the physical exam
6    did he also undergo testing for drug use?
7        A.  Yes, he did.
8        Q.  Do you know what the results of
9    the tests were?
10           MS. GARTENBERG:  Counselor, are
11   you talking about one test, more than one
12   test, the first test?
13           MR. BLUMENSTOCK:  I think it's
14   clear from the question we're talking
15   about when he returned to work after the
16   motor vehicle accident.
17       A.  It was positive.
18       Q.  As a result of that test, where
19   your husband went to return to work, did
20   he have to do anything at Metro-North in
21   order to go back to work?
22           MS. GARTENBERG:  Objection to
23   form.
24           You can answer.
25       Q.  Do you understand my question?
```

ROBINSON

1
2  A.  No.
3  Q.  When your husband went to go
4  back to work after the motor vehicle
5  accident and he had the positive drug
6  test, was he allowed to immediately go
7  back to work?
8  A.  No.
9  Q.  Did he have to enter some kind
10 of rehab program?
11 A.  Yes.
12 Q.  Have you heard of a program at
13 Metro-North called EAP, or Employee
14 Assistance Program?
15 A.  Yes.
16 Q.  Is that the program that your
17 husband went into when he returned to work
18 after the motor vehicle accident in 1992?
19 A.  Yes.
20     MR. BLUMENSTOCK:  Would you mark
21 this, please.
22     (Waiver letter: Substance abuse
23 was marked as Defendants' Exhibit A for
24 identification, this date.)
25 Q.  I'm going to show you this to

---

ROBINSON

1
2  going into the EAP program?
3  A.  Yes.
4  Q.  What, if anything, did he say at
5  that time?
6  A.  That was just it, you know, I
7  didn't question it.  He say that he was
8  going there.
9  Q.  Did he tell you that the EAP
10 program had anything to do with drug use
11 or rehabilitation or anything like that?
12 A.  No.
13 Q.  Did you have any idea what the
14 EAP program was?
15 A.  No.
16 Q.  When, if ever, did you learn
17 that the EAP program had something to do
18 with either rehabilitation or drug abuse
19 or anything like that?
20 A.  It was March the 5th -- March
21 the 1, when he had to go into the
22 hospital, another hospital.
23 Q.  You just referred to March 1
24 when your husband went into the hospital.
25 What year March 1?

---

ROBINSON

1
2  your counsel first (handing).
3     MR. BLUMENSTOCK:  If you want, I
4  can make a copy of that now rather than
5  later if you'd like.
6     MS. GARTENBERG:  Okay.
7     MR. BLUMENSTOCK:  One moment.
8  We'll take a two-minute break.
9     (Recess taken at 11:29 a.m.)
10 Q.  Mrs. Robinson, I'd like to show
11 you a document that's been marked as
12 Exhibit A and I'd like, if you would, I'd
13 like to show you something in the lower
14 left-hand corner that appears to be a
15 signature.
16     My question to you is, do you
17 recognize that signature?
18 A.  Yes.
19 Q.  Whose signature is that?
20 A.  It's Charles's, my husband.
21 Q.  When your husband entered the
22 EAP program for the first time at
23 Metro-North, did he discuss it with you?
24 A.  No.
25 Q.  Did he tell you that he was

---

ROBINSON

1
2  A.  I don't remember the year.
3  Q.  Would that have been just the
4  following year, perhaps, March of 1993?
5  A.  I'm not sure about the year but
6  I'm sure about the month and the date.
7  Q.  Was the hospital that you're
8  referring to Gracie Square?
9  A.  Yes.
10 Q.  When you first learned on March
11 1 of whatever year that the EAP program
12 had something to do with either
13 rehabilitation or drug use, was that
14 during a conversation you were having with
15 your husband?
16 A.  Yes.
17 Q.  As best as you can recall, what
18 did your husband tell you at that time?
19 A.  He say that he had to go there
20 in order to get a paycheck for the
21 household.
22 Q.  From the time that your husband
23 tried to go back to work after the motor
24 vehicle accident in '92 up until the
25 hospitalization on March 1 of whatever

ROBINSON

1 year, did your husband continue to get
2 paychecks from Metro-North?
3 A. Yes.
4 Q. During that same time period,
5 that is, at any time between the motor
6 vehicle accident until your husband was
7 hospitalized at Gracie Square, did your
8 husband go to any AA or Alcoholics
9 Anonymous meetings?
10 A. Yes.
11 Q. And did you know at the time
12 that he was going to AA meetings?
13 A. Well, he told me that, you know,
14 whenever he would go, he would call me and
15 let me know that he was going to the AA
16 meeting.
17 Q. What was your your understanding
18 of why your husband was going to AA
19 meetings?
20 A. Drugs.
21 Q. When did you first find out that
22 your husband was going to AA meetings?
23 A. The year that he had the
24 accident. Between August, July and

ROBINSON

1 And what did he say?
2 A. Because of the forced urine
3 tests he said Sturgis took and he said
4 they just had him to go there, Sturgis.
5 Q. Who is Sturgis?
6 A. I think he's with that EA —
7 that EA — the testing place that you were
8 telling me about.
9 Q. EAP?
10 A. EAP, yes.
11 Q. To your knowledge, did your
12 husband ever go to AA before being
13 involved in the EAP program?
14 A. No.
15 Q. You mentioned a false urine
16 test. What were you referring to?
17 MS. GARTENBERG: I don't know if
18 she said false or forced. I'm not sure
19 That's what I thought I heard but maybe
20 I'm incorrect.
21 MR. BLUMENSTOCK: Let's ask the
22 witness.
23 Q. I thought I heard "false" urine
24 test. Your lawyer thought she heard

ROBINSON

1 August, I'm not sure
2 Q. So, that would be July or August
3 of 1992?
4 A. Yes.
5 Q. If you knew, in July or August
6 of 1992, when he was going to AA meetings,
7 was somebody forcing him to go to these
8 meetings?
9 A. No.
10 Q. He was doing it of his own
11 choice?
12 A. Yes.
13 Q. In July or August of 1992, was
14 your husband having a problem with either
15 alcohol or drug use that you were aware
16 of?
17 A. No.
18 Q. Why did he go to AA in July or
19 August of 1992, if you knew?
20 A. I don't know.
21 Q. Did you ever ask your husband in
22 July or August of 1992 why he was going to
23 AA meetings?
24 A. Yes.

ROBINSON

1 "forced" urine test.
2 Please tell us what you were
3 referring to?
4 A. Forced.
5 Q. Okay. Thank you.
6 What was the forced urine test
7 you were referring to?
8 A. Well, he said that he went and
9 gave urine and someone called him the
10 night that he start — that he was getting
11 ready to go to work, someone called him
12 and told him that he — you know, not to
13 come to work.
14 Q. Did they explain why?
15 A. No.
16 Q. What did you mean by forced,
17 when you called it a forced urine test?
18 A. Because that's what he said at
19 that time.
20 Q. Somebody — and again only if
21 you knew, did somebody force him to take
22 this test?
23 A. I don't know.
24 Q. After your husband's motor

ROBINSON

1
2    vehicle accident in 1992, in addition to
3    taking any urine tests, did they take any
4    blood tests at Metro-North?
5    A    Yes.
6    Q    And did they take any blood
7    tests of your husband in or about August
8    of '92?
9    A    I don't know.
10   Q    To your knowledge in or about
11   October of '92, did your husband submit to
12   any blood tests by Metro-North?
13   A    I don't know.
14   Q    How about in December of 1992,
15   if you know, did your husband submit to
16   any blood tests?
17   A    I don't know.
18   Q    At any time between July of 1992
19   and say New Year's Day 1993, did you or
20   your husband receive any letters from
21   Metro-North advising him that he had low
22   blood or anemia or some kind of
23   blood-related problem?
24   A    I don't remember.
25       MR. BLUMENSTOCK:  Would you mark

---

1
2    is, does this document refresh your memory
3    as to whether you or your husband ever
4    received any kind of written notice that
5    your husband had anemia or any low blood
6    count in -- up to January 1, 1993 from
7    Metro-North?
8        MS. GARTENBERG:  Objection to
9    form.
10       You can answer.
11   A    No.  That's the first time I
12   read.
13   Q    You've anticipated my next
14   question; that is, have you ever seen this
15   document before?
16   A    No, I haven't.
17   Q    Between the time of your
18   husband's motor vehicle accident in July
19   of '92 until the time he was hospitalized
20   on March 1 at Gracie Square, regardless of
21   what year that was, did your husband have
22   to go out of state for any reason?
23   A    Yes.
24   Q    Let me ask you how many times?
25   A    Once, if I'm not mistaken.

---

ROBINSON

1
2    this.
3        (Letter dated 12/4/92 was marked
4    as Defendants' B for identification, this
5    date.)
6    Q    I'm going to show you something
7    that's been marked as Defendants' Exhibit
8    B.
9        I've already given your attorney
10   a copy, and I'd like you just to take a
11   minute, however much time you need,
12   actually, just to review that for a minute
13   and I'll ask you the question when you're
14   done looking at it.
15   A    I have to get my glasses.
16       MS. GARTENBERG:  Counsel, do you
17   first want to lay a foundation to see if
18   she's ever seen this document before?
19       MR. BLUMENSTOCK:  First, I want
20   her to look at it.  That's all I've asked
21   her so far.
22   Q    Have you had an opportunity to
23   look at it?
24   A    Uh-huh.  Yes.
25   Q    Mrs. Robinson, my first question

---

ROBINSON

1
2    Q    Where did he go?
3    A    South Carolina.  Bamberg, South
4    Carolina.
5    Q    Why?
6    A    His mother was sick.
7    Q    How long was he down in South
8    Carolina due to his mom's illness?
9    A    Roughly, about a week.
10   Q    Was that in 1991?
11   A    That was the year of the
12   accident.
13   Q    Okay, so '92?
14   A    That July.
15   Q    That same July?
16   A    Yes.
17   Q    To your knowledge, from the time
18   that your husband had the forced urine
19   test until the time of his hospitalization
20   at Gracie Square on March 1, did he miss
21   any of his AA meetings?
22   A    I don't know.
23   Q    Again, same time period.  From
24   the time of the forced urine test until
25   the time he was hospitalized on March 1 at

42

ROBINSON

1
2  Gracie Square Hospital, do you know if he
3  missed any EAP program appointments?
4      A.  I don't know.
5      Q.  When did you first learn that
6  your husband was to be hospitalized on
7  March 1 at Gracie Square Hospital?
8      A.  About two or three days before
9  that.
10     Q.  What was your understanding of
11  the purpose of your husband's
12  hospitalization at Gracie Square Hospital
13  when you first learned of it?
14     A.  What was what?
15     Q.  What was your understanding of
16  why he was being hospitalized?
17     A.  Why he was being hospitalized?
18     Q.  Right.  For what purpose?
19     A.  Well, just like I said before.
20  You know, he said that, you know, he were
21  going in there.  He had no other choice,
22  he said, but to go in there.  If he wanted
23  a paycheck for the home.
24     Q.  After your husband's forced
25  urine test, but before he was admitted to

44

ROBINSON

1
2      A.  Yes.
3      Q.  Do you know who he went to, who
4  he protested to?
5      A.  If I'm not mistaken, I think he
6  went to Dr. Needles.
7      Q.  Needles?
8      A.  Needles, Carl Needles.
9      Q.  And did Dr. Needles, again only
10 if you know, did he do a retest of your
11 husband's urine?
12     A.  Yes.
13     Q.  And only if you know, did he
14 take another sample from your husband?  In
15 other words, only if you know.
16     A.  I don't know.  I don't know.
17     Q.  So, you don't know what
18 Dr. Needles tested?
19     A.  No.
20     Q.  Did your husband tell you he was
21 getting this testing checked in some way
22 by Dr. Needles?
23     A.  Yes, he did.
24     Q.  Was this the first time you ever
25 heard of Dr. Needles?

43

ROBINSON

1
2  the Gracie Square Hospital, did he have
3  any other drug tests that you knew of?
4      A.  No.
5      Q.  If you know, and only if you
6  know, did your husband have any blood or
7  urine drug tests in February of 1993?
8      A.  I don't remember.
9      Q.  Were you ever told that your
10 husband had tested positive for cocaine in
11 February of '93?
12     A.  He told me.
13     Q.  When your husband told you of
14 this positive drug test in February of
15 '93, what did he tell you; what did he
16 say?
17     A.  He said that someone — he gave
18 a blood test and urine test and he say
19 someone switch his urine.
20     Q.  If you know, was he ever then
21 retested?
22     A.  Yes.
23     Q.  Did he protest to someone, as
24 far as you know, that "my urine was
25 switched"; something like that?

45

ROBINSON

1
2      A.  Yes.
3      Q.  Did your husband tell you why he
4  was going to Dr. Needles rather than
5  someone else?
6      A.  No.
7      Q.  Did you ask him where he heard
8  of Dr. Needles?
9      A.  No.
10     Q.  Did your husband ever tell you
11 what happened after Dr. Needles retested
12 him?
13     A.  No.
14     Q.  Do you have any information
15 about what Dr. Needles may have found when
16 he retested your husband?
17     A.  No.
18     Q.  How long after you learned that
19 your husband had had a second positive
20 drug test did your husband go to Gracie
21 Square Hospital?
22         MS. GARTENBERG:  Objection.
23 Counselor, I'm not sure if she's — we're
24 talking about a second positive drug
25 test.

ROBINSON

1     Off the record.
2     (Discussion off the record.)
3     MR. BLUMENSTOCK: She previously
4    stated that her husband had had a positive
5    test when he went to go back to work. She
6    then said in February of '93 that her
7    husband had told her that he'd had another
8    positive drug test. That's two.
9    Q.  My question is, how long after
10  the second positive drug test did your
11  husband go to Gracie Square Hospital?
12  A.  I don't remember.
13  Q.  Was it within the same year?
14  A.  Within the same year?
15  Q.  Yes.
16  A.  I'm not sure.
17  Q.  How long did your husband remain
18  at Gracie Square Hospital?
19  A.  That I'll never forget.
20  Q.  Okay.
21  A.  He went in on the 1st and he
22  came out on the 31st.
23  Q.  Why will you never forget that?
24  MS. GARTENBERG: Objection to

---

ROBINSON

1  A.  He missed the one right after he
2  was supposed to have come out. After he
3  came out, you know, he was scheduled for
4  one.
5  Q.  But he missed it?
6  A.  Yes.
7  Q.  How come?
8  A.  Because his brother called and
9  said his mother was sick again and we had
10  to go south, and that's when he took sick
11  down there.
12  Q.  Do you know when it was that you
13  went south when your husband's mother took
14  ill?
15  A.  It could have been the 1st or
16  the 2nd of April.
17  Q.  On the 1st or 2nd of April when
18  you went south, you went to Bamberg, South
19  Carolina; is that right?
20  A.  Yes.
21  Q.  How long did your husband remain
22  in Bamberg, South Carolina?
23  A.  Two weeks.
24  Q.  During that two-week period, was

---

ROBINSON

1  form.
2  You can answer. Go ahead.
3  A.  Because that was about one of
4  the worst, tiresome times of my life.
5  It's the first time we ever really had
6  been apart. And for me going there,
7  seeing him there, and then it was a
8  blizzard. I had to go through that to get
9  to him.
10  Things like that you just don't
11  forget.
12  Q.  Having spoken a little bit more
13  about this hospitalization, do you
14  remember what year it occurred?
15  A.  No.
16  Q.  After your husband got out of
17  the hospital on the 31st of March,
18  whatever year that was, did he go back to
19  work?
20  A.  No.
21  Q.  If you know, after the 31st of
22  March, when he was discharged from the
23  Gracie Square Hospital, did your husband
24  go to EAP program meetings?

---

ROBINSON

1  your husband hospitalized?
2  A.  Yes.
3  Q.  Where?
4  A.  Orangeburg Regional Hospital.
5  Q.  By the way, was your husband
6  ever hospitalized at a -- I'm not sure I
7  have the name right, a Linwood or a
8  Lenwood Hospital?
9  A.  That's the HIP center. That's
10  Linwood HIP Center.
11  Q.  Oh, okay. That's the HIP center
12  we were talking about earlier?
13  A.  Yes.
14  Q.  That's not an overnight
15  hospitalization.
16  A.  No. No.
17  Q.  Okay.
18  Returning back to the Orangeburg
19  Regional Hospital.
20  How long was your husband there?
21  A.  About a week or a little more or
22  less. I'm not sure.
23  Q.  What's your understanding of why
24  your husband was hospitalized at the

ROBINSON

1     Orangeburg Regional hospital?
2     A. Well, when I picked him up from
3 the hospital -- from Gracie Square, he
4 looked a little pale and I questioned
5 that. He say the doctors told him to go
6 see his family doctor. So, we got on the
7 road to go south.
8     He was just so sick along that
9 road, but once we got there, then his
10 brother looked at him and he say, "Man,
11 you're sick." He said, "I'm taking you to
12 the doctor."
13     So, we went to Bamberg Hospital
14 and Bamberg didn't have anybody there that
15 could look after him for that problem.
16 So, he said first thing the next morning
17 for us to go to Orangeburg Hospital. And
18 we went there and his blood count was like
19 a 3.0, so they kept him.
20     Q. While your husband was at the
21 Orangeburg Regional Hospital, did anyone,
22 be it your husband or be it a doctor or a
23 nurse or somebody, tell you what was wrong
24 with your husband?

ROBINSON

1     did you return with your husband to
2 New York?
3     A. Yes.
4     Q. Did your husband return to work
5 when you returned to New York in April?
6     A. No.
7     Q. Was your husband hospitalized
8 again sometime after he'd been
9 hospitalized at Orangeburg Regional
10 Hospital?
11     A. Yes. We came back in April --
12 let's see. I would say in June, the 1st
13 of June.
14     Q. Where was he hospitalized on the
15 1st of June?
16     A. Downstate.
17     Q. Downstate Medical Center?
18     A. Yes.
19     Q. In Brooklyn?
20     A. Yes.
21     Q. After you had left South
22 Carolina, but before your husband was
23 admitted to Downstate Medical Center in
24 Brooklyn, did your husband see any

ROBINSON

1     A. Yes. They say he had fibrosis.
2     Q. Did anyone at Orangeburg
3 Regional Hospital say anything about
4 leukemia?
5     A. Yes.
6     Q. Was that when you first learned
7 your husband had leukemia?
8     A. Yes.
9     Q. As you sit here now, do you
10 recall what year that was?
11     A. No.
12     Q. What did they do for your
13 husband while he was in the Orangeburg
14 Regional Hospital?
15     A. They took a bone marrow. You
16 know, they went in. First they tried to
17 go in from the chest but that was so
18 painful until they called another doctor
19 in and they got it from the HIP, and they
20 started him on different kind of
21 medication.
22     They released him for him to see
23 his doctor once he gets back up here.
24     Q. Then, while it was still in

ROBINSON

1 doctors?
2     A. Yes.
3     Q. Who?
4     A. Dr. Reider.
5     Q. R-e-i-d-e-r?
6     A. Yes, he worked at Downstate.
7     Q. Anybody else?
8     A. No, just his regular doctors
9 after that.
10     Q. At the HIP, you mean?
11     A. Yes, at the HIP.
12     Q. How did your husband get
13 Dr. Reider's name?
14     A. Well, he took sick and he was
15 admitted there.
16     Q. At Downstate?
17     A. Yes, and that's how he came up
18 with that doctor.
19     Q. Okay. My question was after you
20 returned from South Carolina but before he
21 went into Downstate, did he see any
22 doctors?
23     A. I don't remember.
24     Q. How long was your husband

ROBINSON

1
2    admitted to Downstate Medical Center in
3    Brooklyn?
4        A.   One week.
5        Q.   After your husband was
6    discharged from Downstate Medical Center,
7    was he ever hospitalized again?
8        A.   Yes.
9        Q.   Where?
10       A.   The same place.
11       Q.   When was he admitted to
12   Downstate for the second time?
13       A.   The last of June.
14       Q.   The 30th?
15       A.   Yes.
16       Q.   How long did he remain at
17   Downstate that time?
18       A.   Three days.
19       Q.   If you know, why was he admitted
20   to Downstate Medical Center for three days
21   beginning on June 30?
22       A.   Shortness of breath, weak.  He
23   was tired.
24       Q.   When, if ever, was your husband
25   next hospitalized?

---

ROBINSON                           56

1
2        A.   It he was next hospitalized,
3    that was the last of July.
4        Q.   Where did he go on the last of
5    July?
6        A.   Downstate.
7        Q.   How long did he remain at
8    Downstate?
9        A.   One week.
10       Q.   What did they do for him at
11   Downstate beginning on July 1 one?
12       A.   They started him on new
13   medication, Anadrol 50, Prednisone.  They
14   started him on different medications.
15       Q.   This was for his leukemia?
16       A.   Yes.  And he was getting shots,
17   you know, for his blood.  I would give him
18   the needle and that was the medication
19   they started him on, and it stayed up for
20   a while.
21       Q.   His blood count stayed up?
22       A.   Yes.
23       Q.   At any time between when you
24   returned from South Carolina in April up
25   until your husband's admission to

---

ROBINSON                           55

1
2        A.   He went into Kings County
3    overnight for three pints, three units of
4    blood.
5        Q.   When was your husband admitted
6    to Kings County Hospital overnight?
7        A.   That was in -- I'm not sure, but
8    that was in between June or July but it
9    was one of those months.
10       Q.   You had said earlier that your
11   your husband had been at Downstate, first
12   on June 1st and then on the last day of
13   June, June 30?
14       A.   Yes.
15       Q.   Would it be fair to say your
16   husband was in Kings County in July?
17       A.   Yes.
18       Q.   It was after the two Downstate
19   admissions, then?
20       A.   Right.  Yes.
21       Q.   Was it just one night that he
22   remained at Kings County?
23       A.   Overnight.
24       Q.   When, if ever, was your husband
25   next hospitalized?

---

ROBINSON                           57

1
2    Downstate on July 31, did your husband
3    contact anybody at work?
4        A.   I don't know.
5        Q.   Do you know if anybody from work
6    contacted your husband during that time
7    period?
8        A.   I don't know.
9        Q.   Do you know if your husband went
10   to any EAP meetings from the time he went
11   down to South Carolina in April up until
12   he was admitted to Downstate Medical
13   Center on July 31?
14       A.   Yes.
15       Q.   He did go to some EAP meetings?
16       A.   Yes.
17       Q.   Did he also go to some AA
18   meetings?
19       A.   Yes.
20       Q.   During that time period, did he
21   miss any EAP meetings?
22       A.   I don't know.
23       Q.   Did he miss any AA meetings?
24       A.   I don't know.
25       Q.   Up until July 31, when your

ROBINSON

1
2  husband was admitted to Downstate Medical
3  Center, was he continuing to receive
4  paychecks from Metro-North?
5     A. Yes.
6     Q. But he hadn't been back to work
7  yet, right?
8     A. No.
9     Q. After July 31st, when was the
10  next time your husband was
11  hospitalized?
12     MS. GARTENBERG: Counsel, I'm
13  just going to mention she said the end of
14  July and not July 31.
15     MR. BLUMENSTOCK: She said the
16  last day of July.
17     MS. GARTENBERG: Excuse me.
18     MR. BLUMENSTOCK: Which I
19  interpreted as the 31st.
20     A. The next time he went in the
21  hospital? January.
22     Q. January of what year?
23     A. I don't remember the year.
24  Within that next year. He — that was
25  it. He went in the hospital then because

ROBINSON

1
2     Yes.
3     From the end of July, when your
4  husband went to Downstate until January
5  when he went to Brookdale, did he continue
6  to go to the EAP program?
7     A. I can't remember.
8     Q. Did he continue to go to AA?
9     A. I can't remember.
10     Q. Was your husband hospitalized
11  after that January when he had the TIA and
12  went to Brookdale Hospital?
13     A. No, not until we moved south.
14     Q. I'm sorry. I've forgotten when
15  you moved south. Would you remind me?
16  When did you move south?
17     A. December 17, '94.
18     Q. That's right, your grandson is
19  five years old so you knew it was five
20  years ago.
21     A. Yes.
22     Q. Between the time in January when
23  your husband had been at Brookdale for TIA
24  until the time that you moved south to
25  Bamberg, South Carolina, did your husband

ROBINSON

1
2  he had a small TIA.
3     Q. Which hospital did he go to when
4  he had the small TIA?
5     A. Brookdale.
6     Q. Brookdale Hospital in Brooklyn?
7     A. Yes.
8     Q. How long did he remain at
9  Brookdale Hospital in January?
10     A. Five days.
11     Q. Did anyone tell you that his
12  small TIA was in some way connected with
13  his leukemia?
14     A. No.
15     Q. Did anyone tell you what did
16  cause his TIA?
17     A. No.
18     Q. From July 31, when your husband
19  was admitted to Downstate Medical Center
20  until January when your husband went to
21  Brookdale for the TIA, had he gone back to
22  work?
23     A. I can't remember.
24     Q. Did your husband continue to
25  receive a paycheck during that time?

ROBINSON

1
2  continue to receive paychecks from
3  Metro-North?
4     A. He was on Disability then.
5     Q. Where did the Disability
6  payments come from, if you know?
7     A. Chicago. Chicago.
8     Q. Do you know what the
9  organization was; was it an insurance
10  company, or was it from Metro-North or
11  from somebody else, do you know?
12     A. Disability, that's all I knew in
13  Chicago.
14     Q. Again, if you know, was the
15  Disability related to your husband's
16  leukemia?
17     A. Yes.
18     Q. So, from the time that your
19  husband had the motor vehicle accident all
20  the way up until the time he started
21  receiving Disability due to his leukemia,
22  did Metro-North ever stop paying your
23  husband his paychecks?
24     A. I don't know. I don't remember.
25     Q. Before you and your husband

16 (Pages 58 to 61)

62

```
1              ROBINSON
2      moved down to South Carolina, on Decemb
3      17, 1994, did your husband resign from
4      Metro-North?
5          A. Yes.
6          Q. If you know, when did he resign?
7          A. I don't remember but he said he
8      was supposed to do that.
9          Q. He was supposed to resign?
10         A. He said he was forced to.
11         Q. Oh, forced to resign.
12         A. Yes.
13         Q. Do you know how he was forced to
14     resign?
15         A. No, I don't but he said it had
16     to do with Sturgis and Clark, whoever they
17     were.
18         Q. You mentioned earlier a person
19     named Sturgis with the EAP. Is this the
20     same person?
21         A. Yes, sir.
22         Q. Who is Clark, if you know?
23         A. I think he worked along with
24     him.
25         Q. At the EAP?
```

63

```
1              ROBINSON
2          A. Yes.
3          Q. Did your husband ever tell you
4      that he was forced to resign because he
5      hadn't complied with the requirements of
6      the EAP program?
7          A. No.
8          Q. Did he ever tell you that he was
9      forced to resign because he didn't go to
10     AA?
11         A. No.
12         Q. Did your husband ever tell you
13     that he hadn't complied with EAP
14     requirements?
15         A. No.
16         Q. After you moved down to South
17     Carolina on December 17, 1994, when, if
18     ever, was your husband next hospitalized?
19         A. November the 5th, '95.
20         Q. Where was your husband
21     hospitalized on November 5th, 1995?
22         A. In USC, in Charleston, South
23     Carolina.
24         Q. Do you know what those letters
25     stand for? Is it the medical center of
```

64

```
1              ROBINSON
2      South Carolina University or something?
3          A. No, I really don't. I think
4      it's medical university. Yes, something
5      like that. South Carolina.
6              MS. GARTENBERG: What are the
7      initials?
8          A. MUSC.
9          Q. How long was your husband
10     hospitalized at MUSC when he went in on
11     November 5th, 1995?
12         A. About two months and a half.
13         Q. Are you all right?
14         A. Uh-huh. Yes.
15         Q. That was for treatment for his
16     leukemia?
17         A. Uh-huh. Yes.
18         Q. And in some of the papers I had,
19     I had a reference to your husband being
20     hospitalized also June 12 of 1995. Does
21     that refresh your memory in any way?
22         A. In Charleston?
23         Q. Yes.
24         A. I don't recall.
25         Q. From the time that your husband
```

65

```
1              ROBINSON
2      had the motor vehicle accident in '92
3      until the time he passed away, was he
4      treated by any psychiatrists or
5      psychologists?
6          A. Yes.
7          Q. When for the first time was your
8      husband treated by a psychologist or a
9      psychiatrist?
10         A. When he attended Gracie Square.
11         Q. That was while he was in there
12     for that month of March?
13         A. Yes.
14         Q. Was he treated by a psychologist
15     or psychiatrist at any other time?
16         A. Not that I knew, sir.
17         Q. Did your husband ever file a
18     claim with the EEOC or any other
19     government body claiming discrimination
20     against Metro-North?
21         A. I'm not sure.
22         Q. Do you know if your husband ever
23     filed any sort of claim against
24     Metro-North for discrimination, whether it
25     was with the EEOC or anybody else?
```

ROBINSON
1
2 MS. GARTENBERG: Note my
3 objection.
4 You can answer.
5 A. Yes.
6 Q. Was there a determination or a
7 verdict or a finding or a settlement of
8 any kind with respect to that claim?
9 A. Well, since he was the main
10 character they said in that case it was a
11 class action suit, and he were the main
12 character; he expired and that was it.
13 Q. So, at the time that your
14 husband passed away, the class action
15 hadn't ended, it was still going until he
16 died; is that right?
17 A. Yes.
18 Q. Was he represented by lawyers
19 when that class action was going on?
20 A. Yes.
21 Q. Who were his lawyers?
22 MS. GARTENBERG: Note my
23 objection to this line of questioning.
24 A. I don't remember.
25 MS. GARTENBERG: Wait. It's not

ROBINSON
1
2 From the time of your husband's
3 motor vehicle accident until his death,
4 was he treated by any doctors that you
5 haven't already told us about?
6 A. No.
7 MR. BLUMENSTOCK: Off the
8 record.
9 (Discussion off the record.)
10 Q. While your husband was employed
11 by Metro-North, was he ever the subject of
12 disciplinary action by Metro-North?
13 A. I don't recall.
14 Q. To your knowledge, did you ever
15 receive in the home notices of
16 investigation indicating that a
17 disciplinary process was being started at
18 Metro-North concerning your husband?
19 A. Yes, but by me working, being at
20 work, he would be the one to get the mail,
21 so I really don't know.
22 Q. Did your husband ever get
23 suspended at work?
24 A. Yes.
25 Q. How many times?

ROBINSON
1
2 related to this lawsuit.
3 MR. BLUMENSTOCK: Oh,
4 absolutely. It's over exactly the same
5 subject matter.
6 Q. I'm sorry. Did your husband
7 have lawyers in that case?
8 A. Yes, but I don't know.
9 Q. You don't know who they were?
10 A. No.
11 Q. Do you know if those lawyers
12 were people in New York or South Carolina
13 or some other place?
14 A. I don't know.
15 Q. Did you ever have to testify in
16 that --
17 A. No.
18 Q. -- case?
19 Did your husband have to testify
20 in that case?
21 A. I don't know.
22 Q. The hospitalization at MUSC that
23 began on November 5th, did that end when
24 your husband passed away?
25 A. Yes.

ROBINSON
1
2 A. Once. Once I remember.
3 Q. Did your husband ever get any
4 reprimands or warning letters from work?
5 MS. GARTENBERG: At any time
6 during his employment?
7 MR. BLUMENSTOCK: Yes.
8 A. Yes.
9 Q. How many times?
10 A. I don't remember.
11 Q. Mrs. Robinson, in 1992 were you
12 employed outside the home?
13 A. Was what?
14 Q. Were you employed outside the
15 home?
16 A. Yes.
17 Q. What did you do in '92?
18 A. Teacher's assistant.
19 Q. When did you first begin as a
20 teacher's assistant; what year?
21 A. 1986.
22 Q. And then did you work
23 continuously as a teacher's assistant
24 between '86 and '92?
25 A. Yes.

ROBINSON

1
2  Q.  Where did you work in '92 as a
3  teacher's assistant?
4  A.  Brownsville —
5  Q.  A public school?
6  A.  No, it was a nursery. It's day
7  care, community day care nursery.
8  Q.  Did you retire from that job at
9  some point?
10  A.  Yes.
11  Q.  When?
12  A.  December, December the 17th.
13  Q.  When you moved down to South
14  Carolina?
15  A.  Yes. Excuse me.
16  Q.  Yes.
17  A.  That's not right. I went on a
18  leave and I went back in May.
19  Q.  When did you go on leave?
20  A.  December the 17th.
21  Q.  Of '94?
22  A.  Yes, when we moved down and I
23  went back to work there in May.
24  Q.  I'm confused?
25  A.  May the 5th.

ROBINSON

1
2  Q.  That's a long commute from South
3  Carolina to New York.
4  A.  No, I took a leave of absence
5  that December.
6  Q.  Right.
7  A.  Until May.
8  Q.  Of '95.
9  A.  Yes.
10  Q.  In May of '95, did you and your
11  husband move back to New York?
12  A.  No, I went back to work and he
13  lived in South Carolina and I came back
14  here to work for maybe a good month and
15  that was the last day.
16  Q.  Would that have been around June
17  of '95?
18  A.  No, that's May of '95. I didn't
19  work the whole month.
20  Q.  So, for that period of time, in
21  May of '95, you and your husband were
22  living apart, correct?
23  A.  Uh-huh, about two weeks.
24  Q.  Why did you stop working at the
25  community day care center in May of '95?

ROBINSON

1
2  A.  Why did I stop?
3  Q.  Yes.
4  A.  Because my husband needed me at
5  home. And, besides, I went back to finish
6  out the ending of, we had this — the
7  raise and I went back to finish out the
8  last ending of the raise. When I got the
9  last ending of the raise, that is then
10  that's when I went back and my husband
11  came up and got me.
12  Q.  When you're referring to the
13  ending of a raise, you're referring to a
14  salary raise?
15  A.  Yes.
16  Q.  Have you worked anywhere since
17  May of '95?
18  A.  Yes.
19  Q.  Are you working today?
20  A.  Yes.
21  Q.  What do you do today?
22  A.  Teacher's assistant.
23  Q.  What's the highest level of
24  education you've achieved?
25  A.  Eleven.

ROBINSON

1
2  Q.  And your husband, Charles, what
3  was the highest level of education he
4  achieved?
5  A.  One.
6  Q.  He was a high school graduate?
7  A.  Uh-huh.
8  Q.  When your husband was at Gracie
9  Square Hospital, who paid for those
10  medical bills?
11  A.  I had a HIP card. I had HIP
12  insurance, and he had HIP. But then there
13  was a problem there. He had HIP and then
14  he had another insurance.
15  Q.  Blue Cross?
16  A.  It could have been.
17  Q.  When did your husband start on
18  HIP?
19  A.  Started what?
20  Q.  When did your husband begin
21  going to HIP?
22  A.  When he came back from South
23  Carolina from the knowledge that he had
24  leukemia. He started there then.
25  Q.  Before starting at HIP, did your

74

```
 1                ROBINSON
 2    husband have a family doctor, somebody he
 3    saw if he had a cold or something?
 4        A.   No. No. No.
 5        Q.   Where would he go for medical
 6    treatment before he began with HIP?
 7        A.   He didn't.
 8        Q.   Did your husband ever work as a
 9    conductor for Metro-North?
10        A.   Yes.
11        Q.   Do you know when he began those
12    duties?
13        A.   Oh, conductor?
14        Q.   Yes.
15        A.   No. He was always a -- he was a
16    conductor, a train man, conductor. That
17    was in January, when he first started
18    Metro-North he started in '66.
19        Q.   Have you ever heard of a man
20    named Ronald Folmsbee, F-o-l-m-s-b-e-e?
21        A.   Yes.
22        Q.   Who is Mr. Folmsbee?
23        A.   That was his union rep, I think.
24        Q.   Have you ever discussed your
25    case or your husband's former case with
```

76

```
 1              EXAMINATION BY MS. GARTENBERG:
 2        Q.   Mrs. Robinson, you earlier
 3    stated that your husband told you in order
 4    to continue getting a paycheck he had to
 5    go into Gracie Square Hospital; is that
 6    correct?
 7        A.   Yes.
 8        Q.   Could you explain any further
 9    what he meant by that or what you meant by
10    that?
11        A.   Yes. Well, Sturgis had told him
12    that he either had to do that, go into the
13    hospital, or he wouldn't have no means of
14    taking care of his family. So, he didn't
15    go there by choice.
16             Mr. Sturgis told him that was
17    the only route he could go. So, that's --
18    he went.
19        Q.   Were you aware of any of the
20    treatment that was rendered to your
21    husband at Gracie Square?
22        A.   No. He said that -- I went to
23    see him and he was so pale-looking, and I
24    asked him what was wrong, and he said he
```

75

```
 1                ROBINSON
 2    Mr. Folmsbee?
 3        A.   No.
 4        Q.   Have you ever met Mr. Folmsbee?
 5        A.   No.
 6        Q.   Do you know a man named Jimmy
 7    Phelan, P-h-e-l-a-n?
 8        A.   No.
 9             MR. BLUMENSTOCK: Lastly, my
10    last is not a question at all, really.
11             To date, we have yet to receive
12    the original certificate of appointment
13    and we need to get the Gracie Square
14    records and six other authorizations that
15    we've requested several times. So
16    assuming we do finally get these, if any
17    other new questions should arise from
18    those records, I reserve our right to
19    question Mrs. Robinson further. But apart
20    from those questions, I have no other
21    questions for her.
22             MS. GARTENBERG: May I ask a
23    couple questions?
24             MR. BLUMENSTOCK: Absolutely.
25    Fire away.
```

77

```
 1                ROBINSON
 2    told the doctors that he wasn't feeling
 3    well but they didn't want to believe him.
 4    So, on the day they discharged him, they
 5    told him to go see his family doctor.
 6             MR. BLUMENSTOCK: Move to
 7    strike.
 8        Q.   Did you ever learn that your
 9    husband was anemic at any time? Yes, or
10    no or you don't know?
11        A.   Yes.
12        Q.   Do you recall, was that while he
13    was in Gracie Square, or before he was in
14    Gracie Square or after he was in Gracie
15    Square?
16        A.   Before.
17        Q.   Do you know whether he was
18    treated for any anemic condition while he
19    was in Gracie Square?
20        A.   No, he wasn't.
21        Q.   How do you know that?
22        A.   When I went to see him, he told
23    me.
24             MR. BLUMENSTOCK: I again move
25    to strike. Actually, I don't need to.
```

20 (Pages 74 to 77)

(212) 267-6868                    (516) 608-2400

ROBINSON

1 Never mind.
2    Q.   Were you aware of any urine
3 samples that were taken of your husband in
4 February 1997?
5    A.   No.
6       MS. GARTENBERG:  That's it.
7       MR. BLUMENSTOCK:  You're done?
8       MS. GARTENBERG:  Yes.
9       MR. BLUMENSTOCK:  I have a
10 follow-up question, then.
11 BY MR. BLUMENSTOCK:
12    Q.   Mrs. Robinson, you were saying a
13 moment ago that Mr. Sturgis told your
14 husband that he must go into the Gracie
15 Square Hospital or there would be no means
16 of taking care of his family.
17    A.   That's what he said.
18    Q.   Did you take that to mean that
19 he would lose his job at Metro-North?
20    A.   Yes.
21    Q.   If you are aware, did your
22 husband sign an agreement agreeing to
23 undergo rehabilitation therapy or
24 treatment, as necessary, when he tested

---

ROBINSON

1    Q.   Did your husband ever tell you
2 that federal law required him to undergo
3 rehab if he tested positive for drug use?
4    A.   No.
5       MR. BLUMENSTOCK:  I have no
6 other questions.  Thank you.
7       (Time noted:  12:55 p.m.)
8
9
10
11
12
13            CHRISTINE ROBINSON
14
15 Subscribed and sworn to before me
16 this   day of      , 2000.
17
18
19
20
21
22
23
24
25

---

ROBINSON

1 positive for drug use?
2       MS. GARTENBERG:  Objection to
3 form.
4       You can answer.
5    A.   Please repeat the question,
6 please.
7       MR. BLUMENSTOCK:  I'll withdraw
8 it and I'll ask you another question.
9    Q.   Did your husband ever tell you
10 that he was required by the rules of
11 Metro-North, if he ever tested positive
12 for drug use, that he would have to
13 undergo rehab?
14    A.   No.
15       (Continued on next page.)
16

---

1
2          CERTIFICATION
3
4
5
6    I, PAMELA SCHWARZ, a Shorthand
7 Reporter and a Notary Public, do hereby
8 certify that the foregoing witness,
9 CHRISTINE ROBINSON, was duly sworn on the
10 date indicated, and that the foregoing is
11 a true and accurate transcription of my
12 stenographic notes.
13    I further certify that I am not
14 employed by nor related to any party to
15 this action.
16
17
18
19
20
21
22          PAMELA SCHWARZ
23
24
25

21 (Pages 78 to 81)

```
 1          E X H I B I T S
 2
 3
 4    DEFENDANTS'
 5    EXHIBIT    DESCRIPTION        PAGE
 6    A      Waiver letter
 7           Substance Abuse      30
 8    B      Letter dated 12/4/92   39
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                    83

 1
 2    LITIGATION SUPPORT INDEX
 3
 4    DIRECTION TO WITNESS NOT TO ANSWER
 5    Page    Line    Page    Line
 6            NONE
 7
 8    REQUEST FOR PRODUCTION OF DOCUMENTS
 9    Page    Line    Page    Line
10            NONE
11
12    INFORMATION TO BE FURNISHED
13    Page    Line    Page    Line
14            NONE
15
16    QUESTIONS MARKED FOR A RULING
17    Page    Line    Page    Line
18            NONE
19
20
21
22
23
24
25
```

22 (Pages 82 to 83)

VERITEXT L.L.C.

(212) 267-6868                          (516) 608-2400