NEEDLES, M.D., F.A.A.B

1955 MERRICK ROAD
MERRICK, N.Y. 11566
(516) 379-4120

March 5, 1993

TO:  Mr. Thomas Clark
     Employee Assistance Program
     Metro-North
     347 Madison Avenue
     New York City 10017

                                   FAX TRANSMISSION

Dear Mr. Clark:

     Please refer to my Feb. 26 FAX to Mr Sturgis.  I now
inform you that the results of the Feb. 8, 1993 urine tests
on Charles ROBINSON, performed by Eastern Laboratory of
Port Washington, NY do not seem reliable.  Re-analysis of
a saved portion of that specimen by a reference laboratory
gave completely different results.  If you wish the speci-
fics, please contact me at the above phone number.

     If the abnormal results by Eastern are the basis for
Mr. Robinson's being in Gracie Square Hospital, I suggest
you release him promptly.

                              Sincerely yours,

                              Carl F. Needles, M.D.

CARL F. NEEDLES, M.D., F.A.P.
1955 MERRICK ROAD
MERRICK, N.Y. 11566
(516) 379-4120

March 4, 1993

B.J. Bittman, M.D.
Gracie Square Hospital
420 East 72nd Street
New York City 10021

Dear Dr. Bittman:

Thank you for responding to my call today on behalf of our mutual patient, Charles Robinson.

This is to reiterate what I mentioned on the telephone: that although I had alerted the E.A.P. of Metro-North that the accuracy of the testing of his urine specimen of Feb. 8/93 was suspect, and although I asked for a delay in Mr. Robinson's hospitalization in order to ascertain the truth, E.A.P. denied a stay and ordered immediate hospitalization.

The toxicologic picture is this:  the specimen of 2/8/93 was tested by Eastern Laboratory of Port Washington, NY; their report is positive for cocaine, morphine, and codeine.  Washington Institute was asked to have duplicate testing performed on the remnant of the Feb. 8 specimen.  Urine was sent via Federal Express from Eastern to Roche Biomedical Labs of Raritan, NJ, arriving on Feb. 26.  This specimen proved NEGATIVE for all substances screened for.  It should be noted that Roche is a reference lab, while Eastern is not.

Thus, what must be called into question is not only the allegedly positive urine testing but the diagnosis of drug dependency.  I certainly hope Mr. Robinson has not been hospitalized without medical or psychological justification.

Very truly yours,

Carl F. Needles, M.D.

cc: C. Robinson