STATE OF NEW YORK
COMMISSION ON QUALITY OF CARE
FOR THE MENTALLY DISABLED
99 WASHINGTON AVENUE, SUITE 1002
ALBANY, NEW YORK 12210-2895
(518) 473-4090
(TDD) 1 800 624-4143

LAWRENCE J. GUNDERAM
Chairman

ELIZABETH W. STACK
WILLIAM P. BENJAMIN
Commissioners

September 26, 1994

Charles Robinson
372 Blake Avenue
Apartment 11B
Brooklyn, New York   11212

Dear Mr. Robinson:

As you know, you requested that the Commission review the
care and treatment that you received during your March 1, 1993 -
March 29, 1993 hospitalization at Gracie Square Hospital (GSH).
Specifically, you indicated that on the day that you were
discharged from GSH you were told that you had borderline anemia
and should follow-up with your doctor. You indicated that this
was the first time that any person at GSH had indicated that you
had abnormal blood tests. You stated that one week later (on
April 5, 1993) you required emergency hospitalization and blood
transfusions (your Hgb was 3.7), because of severe anemia.

In response to this complaint, I requested and reviewed the
medical record generated during your hospitalization at GSH and I
spoke with several community physicians who have been involved
with your care. Additionally, your care was reviewed by a
physician on the Commission's Medical Review Board. My review
indicated that, at the insistence of your employer, you presented
for admission to GSH because of a positive urine drug screen for
cocaine which was later proved to be in error.

On March 2, 1993, admission blood tests were obtained and
they were significantly abnormal (Rbc 2.14, Hgb 7.4, Hct 21.9,
Platelet count 623). On March 3 a physician documented that the
laboratory reported an anemia and that the you were asymptomatic.
(You indicated that during your hospitalization you complained of
shortness of breathe and weakness. These complaints were not
reflected in the clinical record. Additionally, there is no
indication in the clinical record that, prior to March 26, you
were informed of your abnormal blood test, or that the physician
attempted to elicit additional clinical information from you.)
The physician indicated that a rectal exam would be done (there
is no evidence that this occurred), stool samples would be tested

An Equal Opportunity/Affirmative Action Employer
Recycled Accessible to the Ill, Be Provided on Request
Printed on Recycled Paper

for the presence of blood, and repeat blood tests would be
obtained. The physician ordered a complete blood count and three
stools samples to be collected for testing.

On March 4 a repeat complete blood count was obtained and
was again significantly abnormal (Rbc 2.14, Hgb 7.10, Hct 22.0,
Platelet count 679.0). The hospital record does not contain any
evidence that a stool sample was obtained or tested, and you
indicated that you were never instructed to save your stools for
testing. A nurse's note dated March 12 indicates that your
laboratory results reflected an anemia and that it is was being
followed.

My review and the review by the Medical Review Board
physician indicate that your blood values were significantly
abnormal and warranted more careful medical attention and follow-
up. Additionally, my review indicated that although stool
samples for testing were ordered, nursing staff failed to obtain
them. In conclusion, we believe that both nursing and medical
staff failed to provide adequate medical care to you. The
Commission has written to GSH and asked them to review this case
and take corrective action. I will monitor their response to
this recommendation. I hope that this has been helpful to you.
If you have questions, please call me at 1-800-624-4143.

Sincerely,

Kathy Serino

Kathy Serino, R.N.
Mental Hygiene Facility
Review Specialist
Quality Assurance Bureau

Charles Robinson