UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINE ROBINSON, Administratrix of the
Estate of CHARLES ROBINSON (Deceased), and
CHRISTINE ROBINSON, Individually,

                Plaintiffs,

         -against-

CAMPBELL HOLDER and CAMPBELL HOLDER &
ASSOCIATES,

                Defendants.
-------------------------------------------------------------X

07 CIVIL 5992 (DLC)

**DEFAULT JUDGMENT**

#08/1293

      Whereas on July 2, 2008, the Honorable Henry Pitman, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that plaintiffs be awarded judgment in the amount of $250,000.00, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on July 22, 2008, having rendered its Opinion and Order adopting the report and directing the Clerk of the Court to enter judgment in the amount of $250,000.00 in plaintiffs' favor and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2008, the report is adopted and judgment is entered in the amount of $250,000.00; accordingly, the case is closed.

**Dated:** New York, New York
           July 23, 2008

                                       J. MICHAEL McMAHON
                                              Clerk of Court
                         BY:
                                               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____